UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT P. LESHOWITZ,

                Plaintiff,

v.

MICHAEL BISSON,

                Defendant.

Case No. C16-1557 RSM

**ORDER OF DISMISSAL**

    The Court, having reviewed Plaintiff's amended complaint (Dkt. #21), Defendant's motion for summary judgment (Dkt. #29), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant Michael Bisson's motion for summary judgment (Dkt. #29) is **GRANTED** and this action is **DISMISSED without prejudice for failure to exhaust administrative remedies**;

    (3)    The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 14th day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1

ORDER OF DISMISSAL - 2